**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 13 |
| KURT D HANZL, | : | |
| | : | |
| | : | Case No. 26-10798 (AMC) |
| Debtor. | : | |

**THE CITY OF PHILADELPHIA'S**
**OBJECTION TO THE PROPOSED SECOND AMENDED CHAPTER 13 PLAN**

TO THE HONORABLE ASHELY M. CHAN:

AND NOW, comes the City of Philadelphia, (the "City"), a creditor in the above-captioned case, by and through its Counsel, Megan N. Harper, Divisional Deputy City Solicitor, pursuant to Bankruptcy Code §§ 1308(a), 1322(a)(2), and L.B.R. 3015-4, to object to the proposed Second Amended Chapter 13 Plan (the "Plan"), of the above-captioned debtor, (the "Debtor"). The City avers the following in support thereof:

1. On February 27, 2026, the Debtor filed a voluntary petition (the "Petition") for Chapter 13 bankruptcy with this Court.

2. On August 18, 2026, the City filed a claim that included unliquidated, non-filed business tax returns for Business Income and Receipts Tax and Net Profit Tax for which the Debtor was obligated to file returns but has failed to do so (the "Claim"). A true and correct copy of the claim is attached hereto as "**Exhibit A**."

3. A portion of the unliquidated claim would be a priority claim pursuant to Section 507(a)(8) of the Bankruptcy Code.

4. As neither the Debtor nor another party in interest has objected to the Claim, it is deemed allowed. See 11 U.S.C. § 502(a).

5. As of October 19, 2026, the Debtor failed to file the following required tax returns with the City of Philadelphia:

> **Business Income and Receipts Tax** return for the periods: 12/31/2017, 12/31/2018, 12/31/2019, 12/31/2020, 12/31/2021, 12/31/2022, 12/31/2023, 12/31/2024 & 12/31/2025
>
> **Net Profits Tax** return for the periods: 12/31/2017, 12/31/2018, 12/31/2019, 12/31/2020, 12/31/2021, 12/31/2022, 12/31/2023, 12/31/2024 & 12/31/2025

6. The Plan should not be confirmed as the Debtor has failed to file all tax returns for all taxable periods during the four (4) year period ending on the date the petition was filed. See 11 U.S.C. § 1308(a).

7. A proposed plan must "provide for the full payment . . . of all claims entitled to priority" unless the claim holder agrees otherwise. See 11 U.S.C. § 1322(a)(2).

8. The Plan should not be confirmed until all returns are filed and all the taxes that constitute priority tax claims under 11 U.S.C. § 507 are provided for in the plan. See 11 U.S.C. § 1322(a)(2).

WHEREFORE, the City respectfully requests that this Court DENY confirmation of the Plan.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: October 20, 2026

By: */s/ Megan N. Harper*

MEGAN N. HARPER
Divisional Deputy City Solicitor
PA Attorney I.D. 81669
Attorney for the City of Philadelphia
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595
215-686-0503 (phone)
Email: Megan.Harper@phila.gov

**L.B.F. 9014-4**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 13 |
| | : | |
| KURT D HANZL, | : | |
| | : | |
| | : | Case No. 26-10798 (AMC) |
| Debtor. | : | |

* * * * * * *

**CERTIFICATION OF SERVICE**

I, *Megan N. Harper*, certify that on *October 20, 2026*, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- The City of Philadelphia's Objection to The Second Amended Chapter 13 Plan.
- Exhibit A, City of Philadelphia's Proof of Claim, filed August 18, 2026.

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: October 20, 2026

*/s/ Megan N. Harper*
MEGAN N. HARPER
Divisional Deputy City Solicitor
PA Attorney I.D. 81669
Attorney for the City of Philadelphia

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name: SCOTT F. WATERMAN [Chapter 13]

Address: Office of the Chapter 13 Standing Trustee

2901 St. Lawrence Ave.– Suite 100

Reading, PA 19606

Relationship of Party: Chapter 13 Trustee

Via: ~~CM/ECF~~ 1st Class Mail Certified Mail e-mail: Other:

Name: UNITED STATES TRUSTEE

Address: Office of United States Trustee

Robert N.C. Nix Federal Building

900 Market Street – Suite 320

Philadelphia, PA 19107

Relationship of Party: United States Trustee

Via: ~~CM/ECF~~ 1st Class Mail Certified Mail e-mail: Other:

Name: BRAD J. SADEK

Sadek Law Offices, LLC

Address: 1500 JFK Boulevard, Suite 220

Philadelphia, PA 19102

Relationship of Party: Debtor's Counsel of Record

Via: ~~CM/ECF~~ 1st Class Mail Certified Mail e-mail: Other:

Name: Kurt D Hanzl

Address: 3628 Earp Street

Philadelphia, PA 19146

Relationship of Party:

Via: CM/ECF ~~1st Class Mail~~ Certified Mail e-mail: Other: